# Exhibit 1

THE LEGAL ADVISER
DEPARTMENT OF STATE
WASHINGTON

January 13, 2012

Hon. Tony West
Assistant Attorney General
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Re:  *Manoharan v. Rajapaksa*, Civil Action No. 11-235 (CKK) (D.D.C.)

Dear Tony:

The above-captioned suit names His Excellency Mahinda Rajapaksa as a defendant.  President Rajapaksa is currently the President and sitting head of state of the Democratic Socialist Republic of Sri Lanka and, in light of his current status, the Republic of Sri Lanka has formally asked the Department of State to take the steps necessary to have this action against the President dismissed on the basis of his immunity from United States jurisdiction as a foreign head of state while in office.

The Department of State recognizes and allows the immunity of President Rajapaksa as a sitting head of state from the jurisdiction of the United States District Court in this suit.  Under common law principles of immunity articulated by the Executive Branch in the exercise of its constitutional authority over foreign affairs and informed by customary international law, President Rajapaksa, as the sitting head of state of a foreign state, is immune from the jurisdiction of the United States District Court in this suit while in office.  Accordingly, the Department of State requests that the Department of Justice submit a Suggestion of Immunity to the district court at the earliest opportunity.  The Department further requests that the Department of Justice note in its filing, as it has in previous filings, that the Executive Branch retains the authority to refrain from making a similar immunity determination in future cases, considering, for example, international norms and the implications of the litigation for the Nation's foreign relations.

This letter recognizes the particular importance attached by the United States to obtaining the prompt dismissal of the proceedings against President Rajapaksa in view of the significant foreign policy implications of such an action.

Sincerely,

Harold Hongju Koh
Legal Adviser